In the Matter of the Petition by the GRAND JURY, DRAWN FOR THE EXTRAORDINARY SPECIAL AND TRIAL TERM OF THE SUPREME COURT, RICHMOND COUNTY, against HERMAN METHFESSEL and IRVING RIVKIN, Attorneys.—

Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.